|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| J.S.1, et al.,              | Case No.: 1:20-cv-01557 DAD JLT |
| --- | --- |
|     Plaintiffs, | ORDER TO THE PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED; ORDER CONTINUING SCHEDULING CONFERENCE |
|     v. | |
| COUNTY OF KERN, et al., | |
|     Defendants. | |

This action was filed on November 2, 2020 (Doc. 1). The next day, the Court issued the summonses (Doc. 2) and the order setting the mandatory scheduling conference (Doc. 5). The Court's order setting the mandatory scheduling conference reads,

> Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 5) Nevertheless, no proofs of service have been filed and no one has sought to be appointed as the guardian ad litem.[1] Therefore, the Court **ORDERS**:

1. Within 14 days the plaintiffs **SHALL** show cause in writing why the action should not be dismissed for their failure to comply with the orders of the Court, for their attempt to proceed in this action without a guardian ad litem and for their failure to prosecute this action.

---

[1] The Court notes also that this action appears to mirror an action filed in 2015, by Savanah St. Clair and Andy St.Clair, Case No. 15-cv-01091, which was settled in June 2016 and dismissed in July 2016.

2. The scheduling conference is **CONTINUED** to March 24, 2020 at 8:30 a.m.

IT IS SO ORDERED.

    Dated: __**January 4, 2021**__            __**/s/ Jennifer L. Thurston**__
                                                                  UNITED STATES MAGISTRATE JUDGE