UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S.1, J.S.2, T.S., and A.T., by and through their guardian ad litem, SAVANAH ST. CLAIR, <br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01557 DAD JLT<br><br>ORDER GRANTING REQUEST TO FILE PROOF OF DEPOSITS UNDER SEAL<br>(Doc. 21) |

J.S.1, J.S.2, T.S., and A.T., by and through their guardian ad litem Savanah St. Clair, seek to file under seal the proof that their settlement proceeds have been deposited (Doc. 21) In general, documents filed in civil cases are presumed to be available to the public. *EEOC v. Erection Co.*, 900 F.2d 168, 170 (9th Cir. 1990); see also *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.2006); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir.2003). Documents may be sealed only when the compelling reasons for doing so outweigh the public's right of access. *EEOC* at 170.

The request to seal documents is controlled by Federal Rule of Civil Procedure 26(c). The Rule permits the Court to issue orders to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Only if good cause exists may the Court seal the information from public view after

1

balancing "the needs for discovery against the need for confidentiality.'" *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. Cal. 2010) (quoting *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002)). Likewise, Local Rule 141 requires a demonstration of the compelling need for the information to be shielded from public view.  L.R. 141(b).

The Court agrees that information such as private banking information should be sealed. Thus, the Court ORDERS:

1. The plaintiffs' request to seal the proof that the settlement funds were deposited into blocked accounts (Doc. 21) is GRANTED.

2. Within three court days, the plaintiffs SHALL email the relevant documents, specifically, those documents that were filed with redactions, to ApprovedSealed@caed.uscourts.gov for filing under seal.

IT IS SO ORDERED.

Dated:  **August 2, 2021**                     **_/s/ Jennifer L. Thurston**
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE