# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S.1, J.S.2, T.S., and A.T., by and through their guardian ad litem, SAVANAH ST. CLAIR,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01557 DAD JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 23) |

The plaintiffs have filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 23) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **August 5, 2021**               **_ /s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE